AKG Electrical, LLC
5885 Allison St
Unit 157
Arvada, CO 80001

Boulder Valley Real Estate
1445 Pearl St.
P.O. Box 2077
Boulder, Colorado 80308

Cellco Parntership
DBA Verizon Wireless
1 Verizon Way
Basking Ridge NJ 07920-1025

ConnectUS Corporation
421 Feheley Drive
King of Prussia, PA 19406

Expensify
401 SW 5th Ave
Portland, OR 97204

Hubspot
25 First Street, 2nd Floor
Cambridge, MA 02141

1101 Inseego Corp
9710 Scranton Road
Suite 200
San Diego, CA 92121

Internal Revenue Services
P.O. Box 1214
Charlotte, NC 28201

JARED Investment Co.,
1445 Pearl St. Suite 200
Boulder, CO 80302

LoneStar Aces LLC
Email: EfrainGuerra312@gmail.com
Phone 210-701-2333
San Antonio, Texas

Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025

Office of the Texas Attorney General

c/o Consumer Protection Division
300 West 15th Street, Austin, TX 78701

Parkview Advance LLC
600 Summer St
Stamford, CT 06901

Plaid
Plaid, Inc Attn: Legal
PO Box 7775, #35278
San Francisco, CA 94120

Simpl
AUS Information Systems
2055 Sugarload Circle,
Suite 550
Duluth, GA 30097

State Farm County Mutual Insurance Company of Texas
PO Box 2356
Bloomington IL 61702

State Farm Mutual Automobile Insurance Company
PO Box 2358
Bloomington IL 61702

Texas Attorney General
PO Box 12548
Austin, TX 78711

TTEC Services Corporation
9197 S. Peoria Street
Englewood, CO 80112

TTEC Services Corporation
100 Congress Avenue, Suite 1425
Austin, Texas 78701

Verizon
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

Verizon Business
PO Box 489
Newark, NJ 07101

Vernance
2580 Anthem Village Drive,
Suite B

Henderson, NV 89052