## <u>Exhibit 1</u>

**List of Insurance Policies**

| Type of Coverage | Name of Insured | Insurance Carrier | Policy Number | Policy Term |
|---|---|---|---|---|
| **Business Owner's Policy** | | | | |
| Property, Business Liability, General Liability, Data Breach Defense and Liability, and Employment Practices Liability | Everywhere Internet, LLC | Hartford Underwriters Insurance Company | 37 SBM BA5F J6 | 09/28/2025 – 09/28/2026 |
| **Worker's Compensation** | | | | |
| Worker's Compensation and Employer's Liability Policy | GEV IO LLC | Technology Insurance Company, Inc. | TWC4741609 | 02/02/2026 – 02/022027 |
| **Automobile** | | | | |
| Automobile | Jessica Garza | State Farm Mutual Automobile Insurance Company | 3274547-SFP-53 | 04/01/2026 – 10/01/2026 |
| Automobile | Jessica Garza | State Farm Mutual Automobile Insurance Company | 4570533-C01-53A | 03/01/2026 – 03/01/2027 |
| **Property** | | | | |
| Personal Articles | Jessica Garza | State Farm County Mutual Insurance Company of Texas | 53-E6-S718-3 | 08/18/2025 – 08/18/2026 |