

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2026**

_____
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **GEV IO LLC, *et al.,*** | § § | **Case No. 26-31546 (MVL)** |
| **Debtors.**[1] | § § § | **(Joint Administration Requested)** |
| | § § | |

**ORDER (I) EXTENDING TIME TO FILE (A) SCHEDULE OF ASSETS
AND LIABILITIES, (B) SCHEDULE OF CURRENT INCOME AND
EXPENDITURES, (C) SCHEDULE OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, AND (D) STATEMENT OF FINANCIAL AFFAIRS AND
(II) GRANTING RELATED RELIEF**

Upon the *Debtors' Motion for an Order (I) Extending Time to File (A) Schedule of Assets and Liabilities, (B) Schedule of Current Income and Expenditures, (C) Schedule of Executory Contracts and Unexpired Leases, and (D) Statement of Financial Affairs and (II) Granting Related Relief* (the "**Motion**")[2] of GEV IO LLC, and its debtor affiliate, as debtors and debtors in

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are Gev IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

possession in the above-captioned chapter 11 cases (each a "**Debtor**" collectively, the "**Debtors**"), requesting entry of an order, (a) extending the deadline by which the Debtors will file their Schedules and Statements, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled; and upon consideration of the First Day Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their respective estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.     The Debtors are granted a 14-day extension by which the Debtors must file their Schedules and SOFAs through and including **May 7, 2026**. The Debtors may obtain a further extension of the time periods set forth in this paragraph (a) by further order of this Court or (b) by entering into a stipulation with the United States Trustee and by filing such stipulation on the docket in this case without the need for further order of this Court.

2.      Such extensions are without prejudice to the Debtors' rights to request further extensions.

3.      All time periods set forth in this order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4.      Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

5.      The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # # End of Order # # #

Prepared by:

*/s/ Omar J. Alaniz*
**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
Emily A. Chang (SBN 24142773)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail:  oalaniz@reedsmith.com
        tjanak@reedsmith.com
        hbray@reedsmith.com
        echang@reedsmith.com

*Proposed Attorneys for the*
*Debtors and Debtors-in-Possession*

3