**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail:  oalaniz@reedsmith.com
        tjanak@reedsmith.com
        hbray@reedsmith.com


*Proposed Attorneys for the*
*Debtors and Debtors-in-Possession*

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St
Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail:  asaxbolder@reedsmith.com

*Proposed Attorney for the*
*Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **GEV IO LLC,** *et al.,* | § § | **Case No. 26-31546 (MVL)** |
| **Debtors.**[1] | § § | **(Jointly Administered)** |
| | § § § | |

**NOTICE OF CONTINUED § 341 MEETING**

On May 18, 2026, the United States Trustee commenced and then continued the § 341 meeting of creditors in the above-referenced case.  The continued meeting of creditors shall be conducted by telephone on **June 16, 2026 at 2:00 p.m. (central time)**.

**Parties in interest may attend the meeting by dialing either (888)-330-1716 or (713) 353-7024 and inputting participant code: 1538218.**

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are GEV IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

Respectfully submitted,

Dated: May 19, 2026
       Dallas, Texas

/s/ Omar J. Alaniz
**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail:  oalaniz@reedsmith.com
         tjanak@reedsmith.com
         hbray@reedsmith.com


-and-

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St
Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail:  asaxbolder@reedsmith.com

*Proposed Attorneys for the*
*Debtor and Debtor-in-Possession*


**<u>Certificate of Service</u>**

I hereby certify that on May 19, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors.

/s/ Taylre C. Janak
Taylre C. Janak

2