**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:**<br>**GEV IO LLC, *et al.*,**<br><br>**Debtors.**[1] | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Chapter 11**<br><br>**Case No. 26-31546 (MVL)**<br><br>**(Jointly Administered)** |

# GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above captioned debtors and debtors in possession (collectively, the "**Debtors**") filed their respective Schedules of Assets and Liabilities (collectively, with attachments, the "**Schedules**") and Statements of Financial Affairs (collectively with attachments, the "**Statements**,") and together with the Schedules, the "**Schedules and Statements**"), which were prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). The Schedules and Statements were prepared by the Debtors, with the assistance of Debtors' advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each Debtors' respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors and their management have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires further material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete, and the Schedules and Statements may be subject to revision.

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are GEV IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

The Schedules and Statements are unaudited and subject to potential adjustment. Because the Schedules and Statements contain unaudited information and remain subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to their chapter 11 cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers), and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The Schedules and Statements have been signed by Jessica Garza, President and Owner of the Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Mrs. Garza necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mrs. Garza has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditors' addresses.

The Schedules and Statements and the Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performances of the Debtors.

**Basis of Presentation**

For financial reporting purposes, prior to the Petition Date, the Debtors ordinarily prepared consolidated financial statements. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("**GAAP**"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. Furthermore, the day prior to the Petition Date, the Debtors' bookkeeper resigned. Upon review of the Debtors' books and records, the former bookkeeper had not accurately reported the assets and liabilities of the Debtors. Therefore, these Schedules and Statements may not accurately reflect the Debtors' assets and liabilities.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent a Debtor shows more assets than liabilities, it is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more

liabilities than assets, it is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value or the fair market value of the Debtors' assets.

**Amendments**

While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate.

**General Disclosures Applicable to Schedules and Statements**

**1. Causes of Action.** Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, causes of action arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims or causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither the Global Notes nor the Schedules and Statements purport to identify all such Causes of Action. These Global Notes and the Schedules and Statements shall not be deemed a waiver of any such claims or Causes of Action or in any way prejudice or impair the assertion of such claims.

**2. Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**3. Claim Designations**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently

designate any claim as "contingent," "unliquidated," or "disputed." Listing a claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, in each case, by the Debtor against whom the claim is listed or by any of the other Debtors.

Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured" or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

2. **Contingent Claim**. A claim that is dependent on the realization of some uncertain future event is a "contingent" claim.

3. **Disputed Claim**. A claim with respect to which the applicable Debtor and the claimant disagree as to the amount owed, whether any amount is owed, or the claim classification, is a "disputed" claim.

4. **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

5. **Undetermined Amounts**. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

6. **Zero Dollar Amounts**. Amounts listed as zero are either $0, unliquidated, or undetermined.

7. **Valuation**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of the Reporting Date are reflected on the Schedules and Statements. Exceptions to this include operating cash, cash equivalents, and certain other assets. Operating cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in non-debtor affiliates and other intangible assets, are listed at undetermined amounts, as the net book values may vary materially from fair market values. Amounts ultimately realized may vary from net book value (or other value so ascribed) and such variance may be material. Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. Furthermore, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

8. **Allocation of Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

9. **Confidential Information and Personally Identifiable Information**. There may be instances where certain information in the Schedules and Statements was not included or redacted due to concerns about the confidential nature of certain information (including personally identifiable information), concerns for the privacy of an individual, and/or due to privacy-related laws and/or regulatory regimes.

10. **Estimates and Assumptions**. In order to prepare and file the Schedules and Statements in a timely manner, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates and assumptions.

11. **Property and Equipment**. Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value.

12. **Insiders**. In the circumstances where the Schedules and Statements require information regarding "insiders," the Debtors define "insiders" as (a) officers, directors, and anyone in control of a corporate debtor and their relatives; and (b) affiliates of the Debtor and insiders of such affiliates. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

13. **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

14. **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

**Fill in this information to identify the case:**

Debtor name GEV IO, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 26-31546

☒ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Savings | 6457 | $135,002.28 |
| 3.2. | Bank of America | Checking | 3727 | $7,654.31 |
| 3.3. | Bank of America | Checking | 4572 | $4,641.75 |
| 3.4. | Bank of America | Checking | 5047 | $12,452.02 |
| 3.5. | Bank of America | Savings | 0911 | $15.57 |
| 3.6. | Bank of America | Checking | 6444 | $16,553.31 |
| 3.7. | Bank of America | Checking | 3302 | $21,302.31 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor GEV IO, LLC
Name

Case number *(If known)* 26-31546

| | | | | |
|---|---|---|---|---|
| 3.8. | Bank of America | Checking | 7349 | $72.72 |
| 3.9. | Stripe | | | $66,141.06 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$263,835.33

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | JARED Investment Co - Security Deposit | $10,048.26 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Goodspeed Merrill - Retainer - Civil litigation counsel (CO) | $20,000.00 |
| 8.2. | Max M. Wayman & Associates - Retainer - Tax accountant | $10,000.00 |
| 8.3. | Womble retainer | $25,000.00 |
| 8.4. | Reed Smith - Retainer | $38,545.50 |
| 8.5. | Harney Partners - Retainer | $37,855.00 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$141,448.76

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor GEV IO, LLC
Name

Case number *(If known)* 26-31546

☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 2,137,317.51 (face amount) - 1,367,883.21 (doubtful or uncollectible accounts) = .... $769,434.30

11b. Over 90 days old: 6,205,162.01 (face amount) - 6,205,162.01 (doubtful or uncollectible accounts) =.... $0.00

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$769,434.30

Part 4: **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

Part 5: **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | Modems: Approximately 11,286 with customers and 647 on-hand at Bulverde location | | $5,102,313.50 | | Unknown |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ________ Valuation method ________ Current Value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor GEV IO, LLC Case number *(If known)* 26-31546

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>desks, conference tables, office task chairs, guest chairs, stools, filing cabinets, shelving/bookcases, folding tables, whiteboards, monitor stands, printer stands, lamps, and related office furnishings. See attached exhibit. | $131,456.76 | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, Monitors, PoE Switches, Air Purifiers, Refrigerators, Kitchen Appliances, TV, Shop fan, IP-Phone | $169,264.77 | Comparable sale | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1. Various artworks, paintings, and men's watches | $693,996.86 | | Unknown |

43. **Total of Part 7.** $0.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor GEV IO, LLC Case number (If known) 26-31546
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Suites 201, 206, 209 at 1445 Pearl St, Boulder, CO | Leased Office Space | $0.00 | | Unknown |
| 55.2. 30665 US 281 N, Bulverde, T 78163 | Lease | $0.00 | | Unknown |

56. **Total of Part 9.** $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.nomadinternet.com | $264,918.62 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| Customer List | $0.00 | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor GEV IO, LLC Case number *(If known)* 26-31546
Name

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| Intercompany Payable from Jappa and Jaga Management LLC<br>**Nature of claim** Intercompany Loans<br>**Amount requested** $0.00 | $4,185,313.22 |
| Claim for stolen property from former employee --to be determined<br>**Nature of claim** Theft of property<br>**Amount requested** $0.00 | Unknown |
| Claim against former CEO<br>**Nature of claim** Breach of fiduciary duty<br>**Amount requested** $0.00 | Unknown |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $4,185,313.22 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor GEV IO, LLC
Name

Case number *(If known)* 26-31546

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $263,835.33 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $141,448.76 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $769,434.30 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $4,185,313.22 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $5,360,031.61 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,360,031.61 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**GEV IO, LLC**
Exhibits to Schedule AB

**39. Office furniture**

| General Description | Valuation Method | Current value of debtor's interest |
|---|---|---|
| Coffee Stand - Blk Metal Frame/Wooden Coffee Stand w/Cabinet (4) | Estimated Market | $60.00 |
| Coffe Organizer/Basket - Blk Wooden Tray/Metal Basket w/Handle (1) | Estimated Market | $20.00 |
| Dining Table - IKEA, VIHALS, 105.935.72, Green (4) | Estimated Market | $100.00 |
| Dining Chairs - IKEA, VIHALS, 905.951.24, Green (2) | Estimated Market | $100.00 |
| Waste Basket - Plastic Trash Bin, Blk (2) | Estimated Market | $8.00 |
| Office Task Chair - IKEA, LOPARBANA, 105.863.31, Green (1) | Estimated Market | $250.00 |
| Computer Desk - IKEA, ANFALLARE, 004.651.41, Natural Wood Table Top w/Green Metal Base, TILLSLAG, 105.224.24 (1) | Estimated Market | $300.00 |
| Monitor Stand - Natural Wood, Wooden Monitor Stand w/Shelf (1) | Estimated Market | $100.00 |
| Monitor Stand - Natural Wood, Wooden Monitor Stand, Curved (1) | Estimated Market | $25.00 |
| Waste Basket - Plastic Trash Bin, Blk (1) | Estimated Market | $8.00 |
| Waste Basket - Mesh Metal Trash Bin, White (2) | Estimated Market | $12.00 |
| Waste Basket - Rubbermaid Brute, 32 Gallon Wheeled Trash Bin (1) | Estimated Market | $50.00 |
| Computer Desk - Blk Fram/Wooden Desk Top (3) | Estimated Market | $80.00 |
| Guest Chairs - Wooden/Leather, Hunter Green (2) | Estimated Market | $200.00 |
| Guest Chairs - White Plusch Rocking Chair (2) | Estimated Market | $100.00 |
| Coffee Table - Glass Top/ Wooden Base Art Deco Coffee Table (1) | Estimated Market | $100.00 |
| Office Task Chair - IKEA, LOPARBANA, 105.863.31, Green (1) | Estimated Market | $150.00 |
| Computer Desk - Blk, 2 Drawer, Wooden Desk (2) | Estimated Market | $360.00 |
| Monitor Stand - Natural Wood, Wooden Monitor Stand w/Shelf (1) | Estimated Market | $40.00 |
| Waste Basket - Mesh Metal Trash Bin, White (1) | Estimated Market | $24.00 |
| Waste Basket - Plastic Trash Bin, Blk (1) | Estimated Market | $8.00 |
| Stool - Wooden Stool/Stand (1) | Estimated Market | $25.00 |
| Office Task Chair - IKEA, LOPARBANA, 105.863.31, Green (1) | Estimated Market | $250.00 |
| Computer Desk - IKEA, ANFALLARE, 004.651.41, Natural Wood Table Top w/Green Metal Base, TILLSLAG, 105.224.24 (2) | Estimated Market | $375.00 |
| Monitor Stand - Natural Wood, Wooden Monitor Stand w/Shelf (2) | Estimated Market | $40.00 |
| Monitor Stand - Natural Wood, Wooden Monitor Stand, Curved (1) | Estimated Market | $50.00 |
| Waste Basket - Blk, Kitchen Trash Bin, Easy Open (1) | Estimated Market | $25.00 |
| Waste Basket - Mesh Metal Trash Bin, White (1) | Estimated Market | $12.00 |
| Waste Basket - Plastic Trash Bin, Blk (1) | Estimated Market | $8.00 |
| Office Task Chair - IKEA, LOPARBANA, 105.863.31, Green (1) | Estimated Market | $50.00 |
| Computer Desk - Blk, 2 Drawer, Wooden Desk (1) | Estimated Market | $240.00 |
| Stool - Wooden Stool/Stand (1) | Estimated Market | $25.00 |
| Waste Basket - Mesh Metal Trash Bin, White (1) | Estimated Market | $12.00 |
| Floor Lamp - Decorative Box Floor Lamp, Blk, White Shade (1) | Estimated Market | $50.00 |
| Chair - Folding Chair, White, Plastic (1) | Estimated Market | $8.00 |
| Office Task Chair - IKEA, LOPARBANA, 105.863.31, Green (1) | Estimated Market | $50.00 |
| Waste Basket - Plastic Trash Bin, Blk (1) | Estimated Market | $8.00 |
| Whteboard - Quartet White Frame White Board (1) | Estimated Market | $50.00 |
| Cabinet - Metal 2 Door Floor Cabinet, Blk (1) | Estimated Market | $100.00 |
| Conference Chairs - IKEA, MALSKAR, 704.749.91 Blk Metal Chair Base, w/ LOBERGET, 103.893.64 White Bucket Seat (1) | Estimated Market | $320.00 |
| Chair Pad - IKEA, PYNTEN, 904.749.90 GREY FELT CHAIR PAD (1) | Estimated Market | $64.00 |
| Conference Table - IKEA, MORBYLANGA, 202.937.66 Wooden Conference Table (1) | Estimated Market | $350.00 |
| Office Task Chair - IKEA, LOPARBANA, 105.863.31, Green (1) | Estimated Market | $50.00 |
| Chair - Folding Chair, White, Plastic (2) | Estimated Market | $8.00 |
| Waste Basket - Mesh Metal Trash Bin, White (2) | Estimated Market | $12.00 |
| Waste Basket - Plastic Trash Bin, Blk (3) | Estimated Market | $8.00 |
| Whiteboard - Silver Framed, White Board (1) | Estimated Market | $150.00 |
| Computer Desk - White, 2 Drawer, Wooden Desk (1) | Estimated Market | $100.00 |
| Floor Lamp - Decorative Box Floor Lamp, Blk, White Shade (1) | Estimated Market | $50.00 |
| Drawer - Sauder Brand, 2 Drawer File Cabinet w/Key, White (1) | Estimated Market | $50.00 |
| Floor Lamp - 3 Globe Blk Metal Framed Floor Lamp, Decorative (1) | Estimated Market | $60.00 |
| Waste Basket - Blk, Kitchen Trash Bin, Easy Open (1) | Estimated Market | $25.00 |
| Office Task Chair - IKEA, LOPARBANA, 105.863.31, Green (1) | Estimated Market | $50.00 |
| Office Task Chair - IKEA, JARVFJALLET, 705.218.55, Long Back Task Chair, White w/Headrest (2) | Estimated Market | $125.00 |
| Computer Desk - Blk Metal Frame/Wooden Office Desk with Return and Monitor Stands. (1) | Estimated Market | $225.00 |
| Whiteboard - Large Metal Framed Dry Erase White Board (1) | Estimated Market | $80.00 |
| Waste Basket - Mesh Metal Trash Bin, White (1) | Estimated Market | $12.00 |
| Wall Shelves - Blk Feux Industrial Pipe Wall Shelves, Wood Shelves (1) | Estimated Market | $80.00 |
| Power Tool - Comoware Power Drill w/Battery and Charger (2) | Estimated Market | $50.00 |
| Ladder - 4 Step Ladder, Aluminum (1) | Estimated Market | $50.00 |
| Folding Table - Lifetime 6ft Folding Table, Grey (1) | Estimated Market | $50.00 |
| Folding Table - Mini 4ft Folding Table, Black (1) | Estimated Market | $60.00 |
| Coffee Stand - Blk Metal Frame/Wooden Coffee Stand w/Cabinet (1) | Estimated Market | $60.00 |
| Metal Shelves - 5 Tier, 5ft, Metal Storage Shelves (9) | Estimated Market | $120.00 |
| Mop Bucket - Rubbermaid Yellow Mop Bucket w/Strainer (1) | Estimated Market | $40.00 |
| Ladder - 3 Step Werner Brand Work Ladder, Blue (4) | Estimated Market | $40.00 |

**39. Office furniture**

| General Description | Valuation Method | Current value of debtor's interest |
|---|---|---|
| Office Task Chair - Blk Mesh Back Task Chair (1) | Estimated Market | $40.00 |
| Chair - IKEA, BRORINGE 102.886.28, White Plastice Guest Chair (1) | Estimated Market | $60.00 |
| Printer stand - One Drawer, Dark Brown, Metal Base, Wood Printer Stand (1) | Estimated Market | $60.00 |
| Computer Desk - Decorative, Blk Metal Frame, Wood Top Office Desk w/Return (1) | Estimated Market | $225.00 |
| File Cabinet - 2 Drawer, Lock, Metal File Cabinet (1) | Estimated Market | $60.00 |
| Book Case - 3 Tier Wooden Book Case, Brwn (1) | Estimated Market | $50.00 |
| Floor Lamp - 3 Globe Blk Metal Framed Floor Lamp, Decorative (1) | Estimated Market | $60.00 |
| Table - Metal Frame, Drk Brwn, Wood Top Table (1) | Estimated Market | $80.00 |
| Stool - White, Fold Away Step Stool (1) | Estimated Market | $20.00 |
| Whiteboard - Large Metal Framed Dry Erase White Board (1) | Estimated Market | $80.00 |
| Computer Desk - IKEA, MORBYLANGA, 503.862.45, Office Desk (2) | Estimated Market | $250.00 |
| Computer Desk - Black Fram, Drk Wooden Top Desk (1) | Estimated Market | $125.00 |
| White Board - Black Frame Rollaway White Board (1) | Estimated Market | $100.00 |
| Office Task Chair - Leather Cushioned, Office Task Chair (1) | Estimated Market | $100.00 |
| Guest Chairs - Black Leather Guest Chair w/Casters () | Estimated Market | $80.00 |
| File Cabinet - White Metall Metal Pedestal w/Drawer () | Estimated Market | $60.00 |
| Conference Table - Ikea (2) | Estimated Market | $500.00 |
| Conference Chair - Ikea (8) | Estimated Market | $400.00 |
| File Cabinet - (2) | Estimated Market | $400.00 |
| Office Chair - (5) | Estimated Market | $1,000.00 |
| Desk - Ikea (4) | Estimated Market | $800.00 |
| Small Table - (2) | Estimated Market | $200.00 |
| Waste Basket - (4) | Estimated Market | $40.00 |
| Lamp - (2) | Estimated Market | $100.00 |
| **TOTAL** | | **$10,652.00** |

**GEV IO, LLC**
Exhibits to Schedule AB

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| General Description | Valuation Method | Current value of debtor's interest |
|---|---|---|
| Water Dispenser - Primo, Blk & Silvr, MDL: 900130 (1) | Estimated Market | $100.00 |
| Microwave - Sunbeam, Blk, MDL: SGB8901 (1) | Estimated Market | $40.00 |
| Coffee Maker - Keurig, Blk, SN 5501.1200.R4VTN63 (1) | Estimated Market | $60.00 |
| Toaster - Black&Decker, Stainless Steel, MDL: TR0012SS (1) | Estimated Market | $25.00 |
| Toaster - GTC, Blk, MDL: GTC-TT019 (1) | Estimated Market | $20.00 |
| Electric Water Kettle - Chefman, Stainless Steel, MDL: RJ11-18-TI-V2-WM (1) | Estimated Market | $30.00 |
| Fire Extinguisher - Sentry Brand, Red, FCR 1913723 (1) | Estimated Market | $30.00 |
| Fire Extinguisher - Kiddle Brand, Red, 2306115113 (5) | Estimated Market | $30.00 |
| Garbage Disposal ( Not Installed) - Badger Insinkerator 900-1, Blk, SN: 1204166-1203 (1) | Estimated Market | $60.00 |
| PC Monitor - ACER, MDL: KB272, Blk (1) | Estimated Market | $100.00 |
| PC Monitor - ACER, MDL: SA230, Blk (1) | Estimated Market | $80.00 |
| PC Monitor - ACER, MDL: KG241Y (1) | Estimated Market | $60.00 |
| PC Monitor - PHILIPS, MDL: 221V8LN/27 (5) | Estimated Market | $40.00 |
| PC Monitor - SANSUI, MDL: ES-24X5AL (1) | Estimated Market | $50.00 |
| TV - INSIGNIA, SN: B341ESV02590 (1) | Estimated Market | $75.00 |
| Laptop - Google Chrome Book Model: 14a-ne1013dx (1) | Estimated Market | $100.00 |
| Laptop - Google Chrome Book Model: 15a-nb0013dx (1) | Estimated Market | $130.00 |
| PoE Switch - Netgear, 8 Port Unmanaged Switch, Grey, MD: GS108LP (1) | Estimated Market | $65.00 |
| Refrigerator - Edgestar Wine Refrigerator, MDL: CWF380DZ (3) | Estimated Market | $350.00 |
| Desk Lamp - Green, LED Disk Desk Touch Lamp w/Pen Orgainzer (1) | Estimated Market | $40.00 |
| PC Monitor - HP M24F, Metal Base PC Monitor (1) | Estimated Market | $60.00 |
| PC Monitor - ACER, MDL: KB272, Blk (1) | Estimated Market | $50.00 |
| PC Monitor - SANSUI, MDL: ES-24X5AL (5) | Estimated Market | $50.00 |
| PC Monitor - PHILIPS, MDL: 221V8LN/27 (5) | Estimated Market | $40.00 |
| Water Dispenser - Avalon, A4BLWTRCLR (2) | Estimated Market | $125.00 |
| Fan - Blk, Plastic Box Fan (2) | Estimated Market | $20.00 |
| PoE Switch - Linovision, 8 Port PoE Switch, MDL: POE-SW508G (1) | Estimated Market | $50.00 |
| Refrigerator - Galanz, Silver Mini Refrigerator, MDL: GL43S5 (1) | Estimated Market | $125.00 |
| PC Monitor - SANSUI, MDL: ES-24X5AL (1) | Estimated Market | $100.00 |
| PC Monitor - ACER, MDL: KB272, Blk (3) | Estimated Market | $100.00 |
| PC Monitor - ASUS, MDL: MX239, Slv Base (1) | Estimated Market | $60.00 |
| PC Monitor - Dell, MDL: SE2722HX (1) | Estimated Market | $110.00 |
| IP-Phone - Yealink, MDL: SIP-T31P, BLK (1) | Estimated Market | $40.00 |
| Laptop - Google Chrome Book Model: 14a-ne1013dx (1) | Estimated Market | $100.00 |
| Laptop - Google Chrome Book Model: 15a-nb0013dx (2) | Estimated Market | $390.00 |
| Fire Extinguisher - Strike First Brand, (2) | Estimated Market | $30.00 |
| PC Monitor - ACER, MDL: KB272, Blk (1) | Estimated Market | $100.00 |
| Paper Shredder - Amazon Basics, Blk Paper Shredder, MDL: 3194986 (1) | Estimated Market | $30.00 |
| TV - Hisense, LED LCD TV, MDL: 65H9G (1) | Estimated Market | $450.00 |
| Laptop - Google Chrome Book Model: 14a-ne1013dx (8) | Estimated Market | $100.00 |
| TV - LG Plasma TV, Blk, MDL: 50PA6500 (8) | Estimated Market | $100.00 |
| PC Monitor - Samsung, S24D300GAN, Blk, PC Monitor (1) | Estimated Market | $50.00 |
| TV - INSIGNIA, SN: B341ESV02590 (1) | Estimated Market | $75.00 |
| Web Camera - ONN Brand, Blk, SN: 2449A07273 (1) | Estimated Market | $15.00 |
| Laptop - Google Chrome Book Model: 14a-ne1013dx (2) | Estimated Market | $100.00 |
| Laptop - Google Chrome Book Model: 15a-nb0013dx (1) | Estimated Market | $260.00 |
| Laptop - HP Laptop, Silver, Product# B4HN6UA#ABA (1) | Estimated Market | $600.00 |
| Desktop Computer - Apple Computer, Silver, Metal Encased (1) | Estimated Market | $900.00 |
| Label Maker - Dymo Label Manager 160, Blk & Gry (1) | Estimated Market | $25.00 |
| Label Maker - Brother Label Printer QL-820NWB (1) | Estimated Market | $130.00 |
| Label Maker - Brother P-Touch D220, Pearl White (1) | Estimated Market | $40.00 |
| Desk Lamp - Green, LED Disk Desk Touch Lamp w/Pen Orgainzer (1) | Estimated Market | $20.00 |
| Desktop Printer - Brother HL-L3290CDW Color Printer, White (1) | Estimated Market | $100.00 |
| Fire Extinguisher - First Strike Fire Extinguisher (1) | Estimated Market | $30.00 |
| PC Monitor - ACER, MDL: KB272, Blk (2) | Estimated Market | $50.00 |
| Shop Fan - Commercial Electric Brand Shop Fan, Orange (2) | Estimated Market | $50.00 |
| IP-Phone - Yealink, MDL: SIP-T33G, BLK (3) | Estimated Market | $450.00 |
| IP-Phone - Yealink, MDL: SIP-T34W, BLK (1) | Estimated Market | $75.00 |
| IP-Phone - Yealink, MDL: SIP-T31P, BLK (1) | Estimated Market | $80.00 |
| IP-Phone - Yealink, MDL: SIP-T54W, BLK (1) | Estimated Market | $440.00 |
| IP-Phone - Unifi, UVP Touch 2104K, Blk, Metal Base (1) | Estimated Market | $125.00 |
| IP-Phone - Unifi, UVP Touch 2222K, White, Metal Base (1) | Estimated Market | $125.00 |
| Air Purifier - IQ Air, GC Series, Roll Away Air Purifier (1) | Estimated Market | $1,800.00 |
| Refrigerator - HomeCom Mini Refrigerator (1) | Estimated Market | $100.00 |
| IP-Phone - Yealink, MDL: SIP-T54W, BLK (1) | Estimated Market | $110.00 |
| Ice Maker - Whirlpool Ice Maker, WHCI26VBA3A () | Estimated Market | $1,500.00 |
| Refrigerator - Hanai, Wine Refrigerator () | Estimated Market | $400.00 |
| TV - Sony, LCD Flat Screen TV XR-55A80J () | Estimated Market | $850.00 |
| Water Cooler - (1) | Estimated Market | $100.00 |
| Mini-Fridge - (2) | Estimated Market | $250.00 |
| Printer - (1) | Estimated Market | $300.00 |
| Monitor - (2) | Estimated Market | $300.00 |
| IP-Phone - (2) | Estimated Market | $200.00 |
| **TOTAL** | | **$13,365.00** |

**GEV IO, LLC**
Exhibits to Schedule AB

**42. Collectibles**

| General Description | Valuation Method | Current value of debtor's interest |
|---|---|---|
| DR. SEUSSRAISING MONEY FOR THE ARTS, 2010 | | Unknown |
| DR. SEUSSBRING ON YOUR DRAGONS!, 2016 | | Unknown |
| DR. SEUSSMINOR-CAT MINER IN A HIGH-YIELDEMERALD MINE, 2019 | | Unknown |
| DR. SEUSSOH, I'D LOVE TO GO TO THE PARTY BUTI'M ABSOLUTELY DEAD | | Unknown |
| DR. SEUSSWORM BURNING BRIGHT IN THEFOREST IN THE NIGHT | | Unknown |
| DR. SEUSSLONELY | | Unknown |
| DR. SEUSSLOVE AND MUSIC | | Unknown |
| ALEXANDRA NECHITA, EVEN THE NIGHT HAS COLOR, 2018 | | Unknown |
| ALEXANDRA NECHITAUNTITLED - WITH PURPLEBACKGROUND | | Unknown |
| ALEXANDRA NECHITA IN THE PRESENCE OF ODDPOSSIBILITIES | | Unknown |
| LANDSCAPE PAINTING | | Unknown |
| LANDSCAPE PAINTING | | Unknown |
| FOREST PAINTING | | Unknown |
| Men's 18k rose gold & PVD Romain Jerome Titanic DNA Steampunk Chronograph Limited edition watch | | Unknown |
| Men's stainless steel Rolex Cosmograph Daytona (White "Panda" dial) Watch - ref 116500LN | | Unknown |
| Men's stainless steel Rolex Oyster Perpetual Men's (Grape dial) 39mm watch ref 114300 | | Unknown |
| Men's stainless steel Rolex GMT Master (Pepsi bezel) watch ref 126710BLRO | | Unknown |
| Men's stainless steel Rolex GMT-Master (Batman bezel) watch ref 126710BLNR | | Unknown |
| Men's stainless steel Rolex Submariner "Kermit" 50th Anniversary watch ref 16610 | | Unknown |
| Men's stainless steel Audemars Piguet Royal Oak "Jumbo" Extra-Thin (Blue dial) 39mm watch ref15202ST.OO.1240ST.01 | | Unknown |
| **TOTAL** | | **Unknown** |