# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **GEV IO LLC, *et al.*,[3]** | § | **Case No. 26-31546 (MVL)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

# BIDDING PROCEDURES

## I. Introduction

The Debtors in the above-captioned chapter 11 cases (the "Chapter 11 Cases") will use the court-approved[4] procedures set forth herein (the "Bidding Procedures") in connection with the selection of a plan sponsor to consummate a transaction (a "Sale Transaction") for the acquisition of the Debtors' assets (the "Assets") and potential auction (the "Auction").

## II. Sale Transaction

The Debtors are seeking to reorganize through a Sale Transaction pursuant to a chapter 11 plan. Any party, subject to the execution of a confidentiality agreement, may submit a proposal to become the plan sponsor (each such proposal, a "Plan Sponsor Proposal"). Any party interested in submitting a Plan Sponsor Proposal should contact the Debtors' advisors, at oalaniz@reedsmith.com, tjanak@reedsmith.com, asaxbolder@reedsmith.com, and ewhite@harneypartners.com.

## III. Key Dates and Deadlines

| Event | Date |
|---|---|
| Deadline for Stalking Horse Indications of Interest | September 9, 2026 at 5:00 P.M. (CT) |
| Deadline to Select Stalking Horse Bidder | September 16, 2026 at 5:00 P.M. (CT) |
| Bid Deadline for Plan Sponsor Proposals | October 2, 2026 at 5:00 P.M. (CT) |

[3] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal tax identification numbers are: GEV IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

[4] The Court entered an order approving these Bidding Procedures [Dkt [•]] (the "Bidding Procedures Order").

| Event | Date |
|---|---|
| Deadline for Stalking Horse Indications of Interest | September 9, 2026 at 5:00 P.M. (CT) |
| Deadline to Select Stalking Horse Bidder | September 16, 2026 at 5:00 P.M. (CT) |
| Bid Qualification Deadline | October 5, 2026 at 5:00 P.M. (CT) |
| Auction | October 7, 2026, at 10:00 A.M. (CT) |

## IV. Due Diligence

The Debtors have posted copies of all material documents related to the Sale Transaction to the Debtors' confidential electronic data room (the "Data Room"). Each person or entity that desires to participate in the Auction process (each, a "Prospective Bidder") and seeks access to the Data Room must first deliver to each of the Bid Notice Parties (as defined in Section XI.A below) an executed confidentiality agreement.

The Debtors shall upon execution of a valid confidentiality agreement and up to and including the Bid Deadline, any Prospective Bidder, access to the Data Room or additional information allowing such Prospective Bidder to conduct due diligence. Neither the Debtors nor any of their representatives shall be obligated to furnish any information of any kind whatsoever (a) to any person or entity who (i) is not a Prospective Bidder, (ii) does not comply with the participation requirements set forth above, or (iii) in the case of competitively sensitive information, is a competitor of the Debtors, or (b) if and to the extent doing so would (1) violate any law to which the Debtors are subject, including any privacy law, (2) result in the disclosure of any trade secrets of third parties in breach of any contract with such third party, (3) violate any legally-binding obligation of the Debtors with respect to confidentiality, non-disclosure, or privacy, or (4) jeopardize protection afforded to the Debtors under the attorney-client privilege or the attorney work product doctrine (provided that, in case of each of clauses (1) through (4), the Debtors shall use commercially reasonable efforts to (x) provide such access as can be provided (or otherwise convey such information regarding the applicable matter as can be conveyed) without violating such privilege, doctrine, contract, obligation, or law and (y) provide such information in a manner without violating such privilege, doctrine, contract, obligation, or law.

The Debtors may terminate access to the Data Room and any other non-public information in their reasonable discretion at any time, including if (a) a Prospective Bidder fails to become a Qualified Bidder (as defined below) or (b) these Bidding Procedures are terminated. The Prospective Bidder shall return or destroy any non-public information the Debtors or their advisors provided to the Prospective Bidder in accordance with the terms of the confidentiality agreement executed by the Debtors and the Prospective Bidder

## V. Stalking Horse Bidders and Bid Protections

The Debtors shall be authorized, but not obligated to: (a) select one or more Qualified Bidders to act as stalking horse (each, a "Stalking Horse Bidder"), and enter into a plan sponsor agreement, subject to higher or otherwise better offers at the Auction (a "Stalking Horse Agreement"); and (b) in connection with any Stalking Horse Agreement provide (i) a market breakup fee of the proposed purchase price (the "Breakup Fee"), and/or (ii) a market expense reimbursement amount (the "Expense Reimbursement" and, together with the Breakup Fee, the "Bid Protections"), payable from the proceeds of a Successful Bid. The Bid Protections shall each be payable from the proceeds of the Successful Bid. No later than two business days after the selection of a Stalking Horse Bidder, the Debtors shall file a notice with the Court of such selection that includes a copy of an executed and binding Stalking Horse Agreement., that the CRO shall retain full and final discretion over all decisions relating to the selection of any Stalking Horse Bidder and the terms of any Stalking Horse Agreement, provided The Debtors shall consult with Verizon regarding the selection of any Stalking Horse Bidder;

## VI. Bid Deadline

Any Prospective Bidder that intends to participate in the Auction must submit in writing to the Bid Notice Parties a bid (a "Bid") on or before **October 5, 2026**, **at 5:00 P.M**. (**prevailing Central Time**) (the "Bid Deadline"). The Debtors may, in their reasonable judgment, extend the Bid Deadline for all or certain Prospective Bidders.

## VII. Bid Requirements

### A. Qualified Bid Requirements

To qualify as a "Qualified Bid," a Bid must be in writing and determined by the Debtors to satisfy the following requirements. A Prospective Bidder (other than a Stalking Horse Bidder) desiring to submit a Qualified Bid must:

1. Identification of Bidder. Deliver to the Debtors by October 5, 2026 (the "Bid Deadline") an irrevocable, good faith, and bona fide offer to consummate a Sale Transaction, which bid is accompanied by a letter (the "Bid Letter"): (A) disclosing the identity of the person or entity submitting the bid; (B) specify the Assets it seeks to acquire; (C) acknowledging and representing that the Prospective Bidder (x) has had an opportunity to conduct any and all due diligence regarding the Debtors prior to submitting the bid; (y) has relied solely upon its own independent review of any documents and/or the Debtors in making its Bid; and (z) did not rely upon any written or oral statements, representations, promises, warranties, or guaranties regarding the Debtors or the completeness of any information provided in connection therewith or the Auction, except as expressly stated in the bid; (D) agreeing that the Prospective Bidder's offer is binding and irrevocable until twenty (20) days after entry of the order confirming the Plan; (E) providing that such Bid is not subject to or conditioned on (x) obtaining any financing, (y) internal approval, or (z) the outcome or completion of a due diligence review; and (E) providing that the Prospective Bidder submits to the jurisdiction of the Court and waives any right to a jury trial in connection with any disputes relating to the Debtors or the Bidding Procedures,

2. Bid Letter. Timely deliver the Bid Letter to advisors to the Debtors by email (Attn: Omar J. Alaniz, Esq. (oalaniz@reedsmith.com), Taylre C. Janak, Esq. (tjanak@reedsmith.com), Amalia Sax-Bolder, Esq. (asaxbolder@reedsmith.com), Erik White (ewhite@harneypartners.com), and Jack Savage (jack@generalcapitalpartners.com)). The Bid Letter must contain: (i) if a Stalking Horse has been selected prior to the Bid Deadline, a markup of the Stalking Horse Agreement, or (ii) if a Stalking Horse has not been selected prior to the Bid Deadline, a markup of a plan term sheet that will be made available to potential bidders in the data room.

3. Good Faith Deposit. Deliver (A) a Good Faith Deposit in the form of a certified check or wire transfer, payable to the order of the Debtors, in an amount equal to ten percent (10%) of the total cash and non-cash consideration of the Bid, which funds will be deposited into an escrow account with an escrow agent;[5] (B) written evidence that demonstrates the Prospective Bidder has available cash, a commitment for financing if selected as the Successful Bidder (as defined below), and such other evidence of ability to consummate the transaction, including proof that such funding commitments or other financing are not subject to any internal approvals, syndication requirements, diligence or credit committee approvals (provided that such commitments may have covenants and conditions reasonably acceptable to the Debtors); and (C) evidence that the Prospective Bidder has obtained all required organizational authorization and approval with respect to the submission of its Bid.

4. Authorization. A Qualified Bid must include evidence of authorization and approval from the Prospective Bidder's board of directors (or comparable governing body) with respect to the submission of the Bid and closing of the Sale Transaction.

5. Other Requirements. A Qualified Bid must:

a. State that the Prospective Bidder agrees to serve as a backup bidder (a "Backup Bidder") if such bidder's Qualified Bid is selected at the Auction as the next highest or next best Bid after the Successful Bid (as defined below) (each such Bid, a "Backup Bid"); provided, that as to any Stalking Horse Bidder, the terms of any applicable Stalking Horse Agreement shall control as to any Backup Bidder and Backup Bid requirement;

b. state that the Bid, represents a binding, irrevocable, good-faith, and *bona fide* offer to consummate a Sale Transaction and is not subject to or conditioned on any due diligence, financing, or other contingency (other than the conditions to closing under the applicable agreement), and is irrevocable until the later of (i) the applicable outside date for consummation of the applicable Sale Transaction or (ii) the Backup Bid Expiration Date (as defined below);

c. state that the Prospective Bidder is committed to closing the Sale Transaction contemplated in its Bid as soon as practicable and in any case no later than the

[5] The Successful Bidder is required to supplement its Good Faith Deposit, if necessary, within one (1) business day of the close of the Auction so that such deposit shall be equal to ten percent (10%) of the Successful Bid. The escrow agent will be designated by the Debtors five (5) days prior to the Bid Deadline.

applicable deadline to consummate an approved Sale Transaction set forth herein; and

d. certify that the Prospective Bidder did not collude with any other bidders and is not otherwise a partnership, joint venture, or other entity in which more than one bidder (or any affiliates of a bidder) has a direct or indirect interest.

**B. Bid Review Process**

The Debtors will review each Bid received from a Prospective Bidder to determine whether it meets the requirements set forth above. Based upon their evaluation of the content of each Bid, the Debtors may, as they deem appropriate in their business judgment and in a manner consistent with their fiduciary duties and applicable law, engage in negotiations with any Prospective Bidder for the purposes of (i) curing any deficiencies in a Bid that prevents it from constituting a Qualified Bid, (ii) improving the terms of the Prospective Bidder's Bid, or (iii) otherwise promoting a more competitive bidding and Auction process with the ultimate goal of maximizing the value of the Sale Transaction under the Plan.

A Bid received from a Prospective Bidder that the Debtors determine meets the requirements set forth in the above Section, and is otherwise satisfactory to the Debtors, will be considered a Qualified Bid, and each Prospective Bidder that submits a Qualified Bid will be considered a "Qualified Bidder."

The Debtors will make a determination regarding the Bids that qualify as Qualified Bids and as Baseline Bids (as defined in Section VIII(B)(1)). A Qualified Bidder shall not (without the consent of the Debtors), modify, amend, or withdraw its Qualified Bid, unless for the purposes of increasing the purchase price or otherwise improving the terms of the Bid, as determined by the Debtors in their business judgment.

The Debtors, in their business judgment, reserve the right to reject any Bid, if such Bid, among other things, (i) requires any indemnification of the Prospective Bidder, (ii) is not received by the Bid Deadline, (iii) is subject to any contingencies (including representations, warranties, covenants and timing requirements) of any kind or any other conditions precedent to such party's obligation to consummate a Sale Transaction, (iv) seeks any bid protections, or (v) does not, in the Debtors' determination, include a fair and adequate price or the acceptance of which would not be in the best interests of the Debtors' estates.

The Debtors may, among other things (i) amend or waive the conditions precedent to qualifying as a Qualified Bidder, (ii) extend the Bid Deadline as to any party, and/or (iii) postpone or cancel the Auction.

**VIII. The Auction**

If the Debtors receive more than one Qualified Bid (including any Stalking Horse Bid), the Debtors will conduct an Auction.

In the event the Debtors determine not to hold an Auction, the Debtors will file with the Court, serve on the Notice Parties a notice containing the following information, as applicable: (i) a statement that the Auction has been cancelled and (ii) the identity of the Successful Bidder.

The Auction, if required, will be conducted on **October 7, 2026 at 10:00 a.m. (prevailing Central Time)**, at the offices of counsel to the Debtors, Reed Smith LLP, 2850 N. Harwood St., Suite 1500, Dallas, TX 75201, or at such other time and location as designated by the Debtors, after providing notice to the Notice Parties; provided, however, the Debtors shall have the right to hold the Auction remotely, including telephonically or by other electronic means (including, without limitation, video conferencing) as the Debtors may choose in their sole discretion so as to comply with all applicable federal, state, and local laws, orders, ordinances, guidelines, and guidance, including any shelter-in-place, social distancing and non-essential business orders and guidelines. If held, the Auction proceedings will be transcribed and/or video recorded.

### A. Participants and Attendees

Only Qualified Bidders are eligible to participate in the Auction, subject to other limitations as may be reasonably imposed by the Debtors in accordance with these Bidding Procedures. At least one (1) day prior to the Auction, each Qualified Bidder must inform the Debtors in writing whether it intends to participate in the Auction. Qualified Bidders participating in the Auction must appear in person (or through video conferencing, if applicable) at the Auction or through a duly authorized representative. Subject to the Auction procedures set forth in Section VII of these Bidding Procedures, all Qualified Bidders are permitted to attend the Auction; provided, that the Debtors may establish a reasonable limit on the number of representatives and/or professional advisors that may appear on behalf of or accompany each Qualified Bidder at the Auction.

Each Qualified Bidder participating in the Auction will be required to confirm in writing and on the record at the Auction that (i) it has not engaged in any collusion with respect to the Auction or the submission of any Bid for any of the Assets and (ii) its Qualified Bid that gained the Qualified Bidder admission to participate in the Auction and each Qualified Bid submitted by the Qualified Bidder at the Auction is a binding, good-faith, and *bona fide* offer to consummate the Sale Transaction identified in such Bids.

All Prospective Bidders and Qualified Bidders shall be deemed to have (i) consented to the core jurisdiction of the Court to enter any order related to these Bidding Procedures, the Auction, any other relief required in the Motion or granted pursuant to the Bidding Procedures Order or the construction or enforcement of any agreement or any other document relating to any Sale Transaction, (ii) waived any right to a jury trial in connection with any disputes relating to these Bidding Procedures, the Auction, or the construction or enforcement of any agreement or any other document relating to any Sale Transaction, and (iii) consented to the entry of a final order or judgment in connection with any disputes relating to these Bidding Procedures, the Auction, or the construction or enforcement of any agreement or any other document relating to any Sale Transaction, if it is determined that the Court would lack Article III jurisdiction to enter such a final order or judgment absent the consent of the relevant parties.

**B. Auction Procedures**

The Auction shall be governed by the following procedures, subject to the Debtors' right to modify such procedures in their business judgment, subject to an in accordance with these Bidding Procedures:

1. Baseline Bids. Prior to the Auction commencement, the Debtors will determine, in their business judgment, the highest and/or best Qualified Bid submitted (each such Qualified Bid, a "Baseline Bid"). Bidding at the Auction shall commence at the amount of the applicable Baseline Bid.

2. Minimum Overbid. Bidding at the Auction will begin the Baseline Bid and continue, in one or more rounds of bidding, so long as during each round at least one subsequent Bid (a "Subsequent Bid") is submitted by a Qualified Bidder that (i) improves on such Qualified Bidder's immediately prior Qualified Bid and (ii) the Debtors determine that such Subsequent Bid is (A) for the first round, a higher or otherwise better offer than the Baseline Bid, and (B) for subsequent rounds, a higher or otherwise better offer than the Leading Bid (as defined below).

The Debtors will announce at the outset of the Auction the minimum required increments for Successive Bids (each such Bid, a "Minimum Overbid"). The Debtors may, in their discretion but in consultation with Verizon, announce increases or reductions to Minimum Overbids at any time during the Auction; provided, that the CRO shall retain full and final discretion over all such decisions.

Upon a Qualified Bidder's declaration of a Bid at the Auction, the Qualified Bidder must state on the record its commitment to pay within two (2) business days following the Auction, if such Bid were to be selected as the Successful Bid or as the Backup Bid, the incremental amount of the Qualified Bidder's Good Faith Deposit calculated based on the increased purchase price of such Bid (such Good Faith Deposit so increased, the "Incremental Deposit Amount"), if applicable.

Except as specifically set forth herein, for the purpose of evaluating the value of the consideration provided by any Bid subsequent to a Baseline Bid, the Debtors will, at each round of bidding, consider and/or give effect to (a) any additional liabilities to be assumed by a Qualified Bidder under the Bid, including whether such liabilities are secured or unsecured and (b) any additional costs that may be imposed on the Debtors.

3. Leading Bid. After the first round of bidding and between each subsequent round of bidding, the Debtors will announce the Bid that they believe to be the highest or otherwise best offer (each such Bid, a "Leading Bid") and describe the material terms thereof. Each round of bidding will conclude after each participating Qualified Bidder has had the opportunity to submit a subsequent Bid with full knowledge of the material terms of the Leading Bid, subject to the Debtors' authority to revise the Auction procedures to the extent permitted hereby.

The Auction will be conducted by open bidding in the presence of all other Qualified Bidders and each Qualified Bidder shall have the right to be present for all rounds of open bidding and to submit additional Bids and make modifications at the Auction to improve its Bid. The Debtors may, in their business judgment, engage in discussions and negotiate with any and all

Qualified Bidders participating in the Auction outside the presence of other bidders before each round of bidding, including to improve or clarify the terms of Bids made.

The Debtors shall have the right to determine, in their business judgment but after consulting with Verizon, which Bid is the highest or otherwise best Bid and, in accordance with the terms of these Bidding Procedures, reject, at any time, without liability, any Bid that the Debtors deem to be inadequate or insufficient, not in conformity with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, these Bidding Procedures, any order of the Court, or the best interests of the Debtors and their estates; provided, that the CRO shall retain full and final discretion over all such determinations.

**C. Auction Results**

1. Successful Bids. Immediately prior to the Auction conclusion, the Debtors will (a) determine, consistent with these Bidding Procedures, which Qualified Bid constitutes the highest or otherwise best Bid (such Bid, a "Successful Bid") and (b) notify all Qualified Bidders at the Auction of the identity of the Successful Bidder and the amount of the purchase price and other material terms of the Successful Bid. To remain the Successful Bidder, the Successful Bidder shall, within two (2) business days after the Auction conclusion, (i) if applicable, wire to the Debtors in immediately available funds the Incremental Deposit Amount, calculated based on the Successful Bid purchase price and (ii) submit to the Debtors fully executed documentation memorializing the Successful Bid terms. In addition, the Successful Bidder (and the Backup Bidder upon becoming the Successful Bidder) shall provide appropriate disclosures to the Debtors (including, the identity of the person(s), entity(ies), and/or financial institution(s) that will be funding the cash portion of the Successful Bid) for compliance with applicable requirements under the Patriot Act, anti-money laundering laws and related federal regulatory requirements.

2. Backup Bids. Immediately prior to the Auction conclusion, the Debtors will (a) determine, in a manner consistent with these Bidding Procedures, which Qualified Bid is the Backup Bid and (b) notify all Qualified Bidders at the Auction of the identity of the Backup Bidder and the amount of the purchase price and other material terms of the Backup Bid. As a condition to remaining the Backup Bidder, the Backup Bidder shall, within two (2) business days after the conclusion of the Auction, (i) if applicable, wire to the Debtors in immediately available funds the Incremental Deposit Amount, calculated based on the purchase price in the Backup Bid(s) and (ii) submit to the Debtors fully executed documentation memorializing the terms of the Backup Bid(s).

A Backup Bid will remain binding on the applicable Backup Bidder until the earlier of (a) the first business day after the closing of a Sale Transaction with the Successful Bidder and (b) 30 days after the hearing to approve the Sale Transaction (the "Backup Bid Expiration Date"). If the Sale Transaction with the applicable Successful Bidder is terminated prior to the Backup Bid Expiration Date, the Backup Bidder shall be deemed the new Successful Bidder and shall be obligated to consummate the Backup Bid as if it were the Successful Bid at the Auction; provided, that the Debtors may, in their business judgment and after providing notice to the Notice Parties, elect not to pursue the Sale Transaction contemplated by the Backup Bid

3. Notice of Auction Results. As soon as reasonably practicable after the conclusion of the Auction, the Debtors will file with the Court, serve on the Notice Parties, a notice setting forth the results of the Auction (the "Notice of Auction Results"), which will identify the Successful Bidder and Backup Bidder.

4. The Debtors' presentation to the Court for approval of a selected Qualified Bid as a Successful Bid does not constitute the Debtors' acceptance of such Bid. The Debtors will have accepted a Successful Bid only when such Successful Bid has been approved by the Court.

**D. Additional Auction Procedures**

The Debtors, in consultation with Verizon, may announce at the Auction additional procedural rules (*e.g.,* the amount of time to make Subsequent Bids, the amount of the Minimum Overbid, or the requirement that parties submit "best and final" Bids) for conducting the Auction or otherwise modify these Bidding Procedures; provided, that such rules are (i) not materially inconsistent with the Bidding Procedures Order, these Bidding Procedures, the Bankruptcy Code, and (ii) disclosed to each Qualified Bidder during the Auction. For the avoidance of doubt, the CRO shall retain full and final discretion over any modifications to the Auction procedures.

**E. Disposition of Good Faith Deposit**

1. Prospective Bidders. Within five business days after the Debtors make final determinations as to which Prospective Bidders qualify as Qualified Bidders, a Prospective Bidder's Good Faith Deposit shall be returned to any such Prospective Bidder that did not qualify as a Qualified Bidder, as confirmed by the Debtors. Upon the authorized return of a Prospective Bidder's Good Faith Deposit in accordance with this Section, the Bid of such Prospective Bidder shall be deemed terminated and no longer binding against the Prospective Bidder.

2. Qualified Bidders.

a. Forfeiture of Good Faith Deposit. The Good Faith Deposit of a Qualified Bidder shall be forfeited if the Qualified Bidder attempts to withdraw its Qualified Bid, except as may be permitted by these Bidding Procedures, during the time the Qualified Bid remains binding and irrevocable under these Bidding Procedures. The Debtors and their estates shall be entitled to retain the Qualified Bidder's Good Faith Deposit as partial compensation for the damages caused to the Debtors and their estates as a result of the Qualified Bidder's failure to adhere to the terms of these Bidding Procedures and/or the relevant Qualified Bid. In the event that a Qualified Bidder's Good Faith Deposit is deemed forfeited, such Qualified Bidder's Good Faith Deposit shall be released by wire transfer of immediately available funds to an account designated by the Debtors within two (2) business days after receipt of written notice by an authorized officer of the Debtors stating that the applicable Qualified Bidder has breached or otherwise failed to satisfy its obligations in accordance with these Bidding Procedures and the applicable Qualified Bid.

b. Return of Good Faith Deposit. Within the exception of the Successful Bidder's and Backup Bidder's Good Faith Deposit, and any forfeiture of a Good Faith Deposit, Good Faith Deposits shall be returned within five (5) business days after the Auction's conclusion.

c. Backup Bidder. Any Backup Bidder's Good Faith Deposit shall be returned within five (5) business days after the occurrence of the applicable Backup Bid Expiration Date.

d. Successful Bidder. At the closing of a Sale Transaction, the Successful Bidder shall be entitled to a credit against the purchase price for the Sale Transaction in the amount of the Successful Bidder's Good Faith Deposit. The Good Faith Deposit of a Successful Bidder shall be forfeited if the Successful Bidder fails to consummate the applicable Sale Transaction because of a breach that entitles the Debtors to terminate the applicable transaction agreement with such Successful Bidder, and the Debtors and their estates shall be entitled to retain the Successful Bidder's Good Faith Deposit as partial compensation for the damages caused to the Debtors and their estates as a result of such breach. In the event that a Successful Bidder's Good Faith Deposit is deemed forfeited, such Good Faith Deposit shall be released by wire transfer of immediately available funds to an account designated by the Debtors within two (2) business days after receipt of written notice by an authorized officer of the Debtors stating that the Successful Bidder has breached or otherwise failed to satisfy its obligations in accordance with these Bidding Procedures and the Successful Bid.

## IX. Reservation of Rights to Modify Bidding Procedures

The Debtors reserve the right to, in their business judgment, and after consulting with Verizon, in a manner consistent with their fiduciary duties and applicable law, modify these Bidding Procedures, including to, among other things, (a) extend or waive deadlines or other terms and conditions set forth herein, (b) adopt new rules and procedures for conducting the bidding and Auction process, or (c) otherwise modify these Bidding Procedures to further promote competitive bidding for and maximizing the value of the Assets; provided, that such extensions, waivers, new rules and procedures, accommodations, and modifications (i) do not conflict with and are not inconsistent with the Bidding Procedures Order, these Bidding Procedures, the Bankruptcy Code, or any order of the Court, and (ii) are promptly communicated to each Qualified Bidder. Notwithstanding the foregoing, the CRO shall retain full and final discretion over any modifications to these Bidding Procedures.

## X. Noticing

### A. Notice Parties

Qualified Bids must be submitted in writing to the following parties (collectively, the "Bid Notice Parties"): Omar J. Alaniz, by email at oalaniz@reedsmith.com; Taylre C. Janak, by email at tjanak@reedsmith.com; Amalia Sax-Bolder, by email at asaxbolder@reedsmith.com; Erik White, by email at ewhite@harneypartners.com and Jack Savage, by email at jack@generalcapitalpartners.com.

### B. Notice Parties

a. all persons and entities known by the Debtors to have expressed an interest to the Debtors in a transaction to acquire the Debtors' business or assets after entry of the Bid Procedures Order;

b. the Office of the United States Trustee for the Northern District of Texas;

c. all of the persons and entities entitled to notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; and

d. all other persons and entities as directed by the Court.