**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail:  oalaniz@reedsmith.com
       tjanak@reedsmith.com
       hbray@reedsmith.com

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St
Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail:  asaxbolder@reedsmith.com

*Attorney for the
Debtors and Debtors-in-Possession*

*Attorneys for the
Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **GEV IO LLC,** *et al.,* | § § | **Case No. 26-31546 (MVL)** |
| **Debtors.**[1] | § § § § § § § § | **(Jointly Administered)** |

## NOTICE OF HYBRID HEARING
### *Relates to Dkt. Nos. 116 & 117*

**PLEASE TAKE NOTICE** that the *Debtors' Emergency Application for Entry of an Order Authorizing the Debtors to Designate Erik White as Chief Restructuring Officer for the Debtors, Effective as of July 9, 2026* (the "**CRO Motion**") [Dkt. No. 116] and the *Debtors' Expedited Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Plan Sponsor Selection, (II) Authorizing Stalking Horse Selection, (III) Scheduling an Auction, and (IV)*

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are Gev IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

*Granting Related Relief* (the "**Bidding Procedures Motion**") [Dkt. No. 117] is set for hearing on **August 26, 2026 at 1:30 p.m. (prevailing Central Time)** before the Honorable Judge Michelle V. Larson, United States Bankruptcy Judge, Courtroom #2, 14th Floor, 1100 Commerce Street, Dallas, Texas 75242 (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Hearing shall be hybrid and will be held both virtually and in person. You may participate in the hearing either in person at 1100 Commerce Street, Courtroom #2, 14th Floor, Dallas, Texas 75242, or virtually at the following WebEx meeting:

**For WebEx Video Participation/Attendance:**
Link: https:us-courts.webex.com/meet/Larson
Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: (1) 650-479-3207
Access code: 2301 476 1957

Please see the attached WebEx Hearing Instructions for additional information regarding virtual appearance.

Dated: August 12, 2026       Respectfully submitted
      Dallas, Texas

                                 */s/ Taylre C. Janak*
                                 **REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail:  oalaniz@reedsmith.com
           tjanak@reedsmith.com
           hbray@reedsmith.com

-and-

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St
Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail:  asaxbolder@reedsmith.com


*Attorneys for the*
*Debtors and Debtors-in-Possession*


## Certificate of Service

    I hereby certify that on August 12, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors.

                    */s/ Taylre C. Janak*
                      Taylre C. Janak