# EXHIBIT A

## Final Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **GEV IO LLC,** ***et al.,*** | § | **Case No. 26-31546 (MVL)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**ORDER GRANTING THE FIRST AND FINAL APPLICATION OF HMP ADVISORY HOLDINGS, LLC DBA HARNEY PARTNERS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD OF APRIL 8, 2026 THROUGH JULY 9, 2026**

Upon consideration of the application (the "**Application**")[2] of HMP Advisory Holdings, LLC dba Harney Partners ("**HP**") for allowance of compensation for professional services rendered in the above captioned chapter 11 cases during the period of April 8, 2026 through and including July 9, 2026 (the "**Fee Period**"), it is hereby **ORDERED** that:

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are GEV IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

[2] Capitalized terms used herein but undefined have the meaning provided in the Application.

1. The Application is APPROVED on a final basis.

2. HP is granted final allowance of compensation in the amount of **$49,510.00** for the Fee Period.

3. HP is granted final allowance of reimbursements for expenses incurred in the amount of **$0.00** for the Fee Period.

4. The compensation and reimbursement of expenses allowed in this Order are approved on a final basis, for a total fee award of **$49,510.00**.

5. HP is authorized to draw down its retainer of **$37,855.00**.

6. The Debtors are authorized and directed to remit payment to HP of such allowed compensation and expense reimbursement amounts, less any and all amounts previously paid on account of such fees and expenses.

7. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order in accordance with the Application.

8. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # End of Order # # #

Prepared by:

*/s/ Omar J. Alaniz*

**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail: oalaniz@reedsmith.com
tjanak@reedsmith.com
hbray@reedsmith.com
-and-

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St
Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail: asaxbolder@reedsmith.com

*Attorneys for the*
*Debtors and Debtors-in-Possession*