# EXHIBIT C

**Harney Partners**

**Time Detail**

**GEV IO, LLC**
*Harney Partners - Time Detail*
April 8 - July 9, 2026

| Activity category | Prof. | Date | Hours | Fees | Description |
|---|---|---|---|---|---|
| Business Operations | EW | 4/12/2026 | 1.0 | $650.00 | cash flow analysis & development of forecast |
| Business Operations | EW | 4/20/2026 | 2.6 | $1,690.00 | call with T. Janak and E. Derengowski (0.3); historical cash flow analysis and forecast development (2.3) |
| Business Operations | ED | 4/20/2026 | 0.3 | $135.00 | call with T. Janak and E. White (0.3) |
| Business Operations | EW | 4/21/2026 | 1.0 | $650.00 | call with T. Janak, E. Derengowski and J. Garza re: cash forecast (0.8); follow-up with ED re: same (0.2) |
| Business Operations | ED | 4/21/2026 | 1.0 | $450.00 | call with T. Janak, E. White and J. Garza re: cash forecast (0.8); follow-up with E. White re: same (0.2) |
| Business Operations | EW | 4/26/2026 | 2.1 | $1,365.00 | continue to develop cash forecast, email questions to client |
| Business Operations | EW | 5/6/2026 | 0.4 | $260.00 | correspondence re; Verizon contract with counsel; review invoices and correspondence from client |
| Business Operations | EW | 5/7/2026 | 0.5 | $325.00 | discussions with potential accounting resources |
| Business Operations | EW | 5/10/2026 | 0.3 | $195.00 | update cash actuals |
| Business Operations | EW | 5/12/2026 | 2.2 | $1,430.00 | analysis of verizon invoices, update cash forecast, email to counsel re: same |
| Business Operations | EW | 5/13/2026 | 0.5 | $325.00 | attend kick-off call with Client and Ironclad re: accounting services |
| Business Operations | EW | 5/16/2026 | 0.4 | $260.00 | update cash actuals (0.4) |
| Business Operations | EW | 5/18/2026 | 0.5 | $325.00 | call with Ironclad |
| Business Operations | EW | 5/21/2026 | 0.5 | $325.00 | review draft of VZ term sheet; correspondence with counsel re: same |
| Business Operations | EW | 5/22/2026 | 0.4 | $260.00 | call with BofA re: accounts (0.2); follow up emails re; same (0.2) |
| Business Operations | EW | 5/25/2026 | 0.4 | $260.00 | update cash actuals |
| Business Operations | EW | 5/29/2026 | 1.1 | $715.00 | analysis of cash flows, correspondence with A. Sax-Bolder and T. Janak re: same |
| Business Operations | EW | 6/3/2026 | 3.2 | $2,080.00 | review Verizon invoices, technology spend, IB engagement letter to update cash forecast (1.8); call with A. Sax-Bolder and T. Janak (0.4); call with A. Sax-Bolder and T. Janak and client (1.0) |
| Business Operations | EW | 6/5/2026 | 0.9 | $585.00 | call with Reed Smith and Verizon (0.6); correspondence with Reed Smith re: Verizon payment and follow-up email (0.3) |
| Business Operations | EW | 6/6/2026 | 0.6 | $390.00 | update cash actuals for week and refresh forecast |
| Business Operations | EW | 6/9/2026 | 0.7 | $455.00 | call with A. Sax-Bolder re: verizon payment (0.2); call with O. Alaniz, T. Janak and A. Sax-Bolder re: next steps (0.5) |
| Business Operations | EW | 6/10/2026 | 2.2 | $1,430.00 | prepare for discussion with Verizon; analysis re: potential preference claims |
| Business Operations | EW | 6/11/2026 | 2.5 | $1,625.00 | discussion with A. Sax-Bolder, O. Alaniz and T. Janak (0.2); all-hands call with Verizon (0.6); analysis of historical verizon invoices, credits (1.7) |
| Business Operations | EW | 6/17/2026 | 1.3 | $845.00 | review of financials, analysis of Verizon bills for accounting purposes |
| Business Operations | EW | 6/18/2026 | 1.1 | $715.00 | review feedback on AI/IT spend (0.5); call with J. Garza re: same (0.6) |
| Business Operations | EW | 6/27/2026 | 0.6 | $390.00 | update cash actuals, analysis of cash flows |
| Business Operations | EW | 7/1/2026 | 0.5 | $325.00 | update cash actuals |
| Business Operations | EW | 7/8/2026 | 0.5 | $325.00 | review cash, emails with counsel re: verizon payment and liquidity |
| **Business Operations Total** | | | **29.3** | **$18,785.00** | |
| Case Administration | EW | 4/13/2026 | 0.7 | $455.00 | call T. Janak (0.2); review correspondence re: first day motions and UST questions (0.5) |
| Case Administration | EW | 4/28/2026 | 0.8 | $520.00 | call with client, Reed Smith and E. Derengowski |
| Case Administration | ED | 4/28/2026 | 0.8 | $360.00 | call with Nomad, Reed Smith and E. White |
| Case Administration | EW | 5/14/2026 | 1.0 | $650.00 | call with client and Reed Smith re: 341 prep |
| Case Administration | EW | 5/15/2026 | 1.0 | $650.00 | call with client and Reed Smith re: 341 prep |
| Case Administration | EW | 5/18/2026 | 1.1 | $715.00 | attend 341 meeting |
| Case Administration | EW | 6/16/2026 | 0.9 | $585.00 | attend reset 341 meeting |
| **Case Administration Total** | | | **6.3** | **$3,935.00** | |
| Reporting & Analysis | EW | 4/29/2026 | 1.2 | $780.00 | analysis and review of information for statements and schedules |
| Reporting & Analysis | ED | 4/30/2026 | 3.3 | $1,485.00 | Analysis and review of client support for schedules (2.3); call with Nomad, Reed Smith and E. White (1.0) |
| Reporting & Analysis | EW | 4/30/2026 | 2.8 | $1,820.00 | analysis and review of information for statements and schedules (1.8); call with E. Derengowski, client and Reed Smith (1.0) |
| Reporting & Analysis | ED | 5/1/2026 | 4.4 | $1,980.00 | Review documents for schedules and update notes for initial debtor interview |
| Reporting & Analysis | EW | 5/1/2026 | 3.4 | $2,210.00 | review documents, accounting to complete statements and schedules; emails to client and counsel re: same |
| Reporting & Analysis | ED | 5/3/2026 | 0.7 | $315.00 | Review additional debtor support |

| | | | | | |
|---|---|---|---|---|---|
| Reporting & Analysis | EW | 5/4/2026 | 2.7 | $1,755.00 | compile information, review documents and associated analysis for statements and schedules (2.2); call with T. Janak, A. Sax-Bolder, and E. Derengowski (0.5) |
| Reporting & Analysis | ED | 5/4/2026 | 1.6 | $720.00 | review documents and associated analysis for statements and schedules (1.1); call with T. Janak, A. Sax-Bolder, and E. White (0.5) |
| Reporting & Analysis | EW | 5/5/2026 | 4.0 | $2,600.00 | call with Reed Smith, E. Derengowski and client re: statements and schedules (1.6); follow up email (0.2); update Initial Debtor Interview forms (0.9); continue to review and update information for statements and schedules (1.3) |
| Reporting & Analysis | ED | 5/5/2026 | 1.0 | $450.00 | call with Reed Smith, E. White and client re: statements and schedules (1.0) |
| Reporting & Analysis | EW | 5/6/2026 | 2.5 | $1,625.00 | call with T. Janak, A. Sox re: SOFA/SOAL (0.3); review drafts of reports, information from client and provide updates/comments (2.2) |
| Reporting & Analysis | EW | 5/7/2026 | 2.2 | $1,430.00 | continue review of draft SOFA/SOAL (1.7); review of updated drafts (0.5) |
| Reporting & Analysis | EW | 5/8/2026 | 0.4 | $260.00 | correspondence re: finalizing statements and schedules |
| Reporting & Analysis | EW | 5/11/2026 | 1.9 | $1,235.00 | analysis of books and records, calculate adjustments for balance sheet as of Petition Date; analysis of post-petition cash activity for April MOR |
| Reporting & Analysis | EW | 5/14/2026 | 0.8 | $520.00 | call with T. Janak and A. Sax-Bolder re: contract (0.5); analysis of contract activity and invoices (0.3) |
| Reporting & Analysis | EW | 5/15/2026 | 1.2 | $780.00 | update financial analysis for MOR (0.9); call with F. Vega re: financials (0.3) |
| Reporting & Analysis | EW | 5/19/2026 | 1.5 | $975.00 | Update April MOR, supporting financials and footnotes |
| Reporting & Analysis | EW | 5/20/2026 | 0.9 | $585.00 | call with T Janak and A. Sax-Bolder re: SOFA / SOAL (0.6); review UST requests (0.3) |
| Reporting & Analysis | EW | 5/21/2026 | 0.5 | $325.00 | correspondence with client re: MOR, update MOR |
| Reporting & Analysis | EW | 5/21/2026 | 0.5 | $325.00 | update and finalize MORs for filing |
| Reporting & Analysis | EW | 5/25/2026 | 0.8 | $520.00 | review statements and schedules for appropriate amendments |
| Reporting & Analysis | EW | 5/27/2026 | 2.0 | $1,300.00 | update statements and schedules (1.5); call with T. Janak and A. Sax-bolder re: same (0.5) |
| Reporting & Analysis | EW | 6/16/2026 | 1.2 | $780.00 | call with Sandy re: accounting (0.7); review updated financials (0.5) |
| Reporting & Analysis | EW | 6/18/2026 | 0.8 | $520.00 | finalize MOR |
| **Reporting & Analysis Total** | | | **42.3** | **$25,295.00** | |
| Sale Process | EW | 6/17/2026 | 0.5 | $325.00 | call with GCP |
| Sale Process | EW | 6/24/2026 | 0.2 | $130.00 | correspondence with counsel re: requested diligence items |
| Sale Process | EW | 6/27/2026 | 0.5 | $325.00 | gather and review information for GCP diligence request |
| Sale Process | EW | 6/29/2026 | 1.1 | $715.00 | call with A. Sax-Bolder and T. Janak re: open items (0.5); call with J. Savage (GCP) and T. Janak (RS) re: diligence items (0.6) |
| **Sale Process Total** | | | **2.3** | **$1,495.00** | |
| **Grand Total** | | | **80.2** | **$49,510.00** | |