# EXHIBIT B

| | **Debtor Entity** | **Contract Counterparty and Address** | **Contract Description** | **Proposed Cure Amount** |
|---|---|---|---|---|
| 1. | GEV IO, LLC (26-31546) | CHARGEBEE<br>1850 N ASHTON BLVD, 5TH FLOOR<br>OGDEN, Utah 84403 | BILLING SYSTEM (TERM REMAINING: SEPTEMBER 22, 2027) | $0.00 |
| 2. | GEV IO, LLC (26-31546) | DUMPSTER.COM<br>830 CANTERBURY ROAD<br>WESTLAKE, Ohio 44145 | SERVICES AGREEMENT (TERM REMAINING: UNKNOWN) | $0.00 |
| 3. | GEV IO, LLC (26-31546) | JAPPA AND JAGA MANAGEMENT, LLC | PROPERTY AND OFFICE LEASE (TERM REMAINING: 7 MONTHS) | $0.00 |
| 4. | GEV IO, LLC (26-31546) | JARD INVESTMENT CO.<br>1445 PEARL ST., SUITE 200<br>BOULDER, Colorado 80302 | BOULDER OFFICE LEASE AGREEMENT, AS AMENDED (TERM REMAINING: OCTOBER 30, 2026) | $30,342.34 |
| 5. | GEV IO, LLC (26-31546) | STRIPE<br>354 OYSTER POINT BLVD<br>SOUTH SAN FRANCISCO, California | SERVICES AGREEMENT (TERM REMAINING: UNKNOWN) | $0.00 |
| 6. | GEV IO, LLC (26-31546) | TIDIO LLC<br>149 NEW MONTGOMERY ST<br>SAN FRANCISCO, California 94105 | SERVICE LEVEL AGREEMENT (TERM REMAINING: 1 MONTH) | $0.00 |
| 7. | GEV IO, LLC (26-31546) | ZENDESK<br>181 S. FREMONT ST<br>SAN FRANCISCO, California 94105 | MAIN SERVICES AGREEMENT (TERM REMAINING: OCTOBER 14, 2027) | $0.00 |
| 8. | Everywhere Internet LLC (26-31547) | CELLCO PARNTERSHIP DBA VERIZON WIRELESS<br>ONE VERIZON WAY<br>BASKING RIDGE, New Jersey 07920 | WIRELESS CONNECTIVITY AGREEMENT | $4,334,558.27 |
| | **Total** | | | **$4,364,900.61** |