**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail: oalaniz@reedsmith.com
tjanak@reedsmith.com
hbray@reedsmith.com

*Attorneys for the*
*Debtors and Debtors-in-Possession*

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St
Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail: asaxbolder@reedsmith.com

*Attorney for the*
*Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **GEV IO LLC, *et al.*,**[1] | § | **Case No. 26-31546 (MVL)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED MOTION**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned counsel file this motion (the "**Motion**") requesting an expedited hearing on the *Debtors' Expedited Motion for Entry of an Order (I) Approving the Sale of the Debtors' Assets to the Successful Bidder Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving Castel Network Partners, LLC as Stalking Horse Bidder and Approving Bid Protections, (III) Authorizing the Assumption and Assignment of Executory*

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal tax identification numbers are: GEV IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

*Contracts, and (IV) Granting Related Relief* (the "**Sale Motion**"), filed on October 20, 2026 [Dkt. No. 158]. In support of the Motion, the Debtors respectfully represent as follows:

## RELIEF REQUESTED

1. The Debtors request that a hearing to consider the Sale Motion be set on an expedited basis by November 10, 2026 at 1:30 p.m.

2. Expedited consideration of the Sale Motion is warranted. The Asset Purchase Agreement dated as of September 29, 2026 and later amended as of October 20, 2026 (the "**Stalking Horse APA**"), between the Debtors and Castel Network Partners, LLC requires a hearing on the approval of the Sale Motion occur by November 10, 2026.

3. The Sale Motion, which was served via the Court's ECF notification on all parties registered to receive ECF notices, by first class mail and electronic mail on all contract counterparties and all parties on the creditor matrix notes that expedited relief would be requested.

4. Accordingly, the Debtors request that the Court set the Sale Motion for hearing on an expedited basis by November 10, 2026, or as soon thereafter as it may be heard.

Dated: October 22, 2026
Dallas, Texas

Respectfully submitted,

**REED SMITH LLP**

/s/ *Omar J. Alaniz*
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail: oalaniz@reedsmith.com
tjanak@reedsmith.com
hbray@reedsmith.com

-and-

Amalia Sax-Bolder (*admitted pro hac vice*)
1900 Lawrence St, Suite 2800
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail: asaxbolder@reedsmith.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

**CERTIFICATE OF SERVICE**

The Debtors will file a certificate of service after mailing is complete.

/s/ *Taylre C. Janak*
*Taylre C. Janak*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 21, 2026, counsel for the Debtors conferred with the United States Trustee's office, in advance of filing the Motion specifically regarding the expedited hearing request. The United States Trustee's Office is not opposed to expedited relief.

/s/ *Taylre C. Janak*
*Taylre C. Janak*