**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail: oalaniz@reedsmith.com
tjanak@reedsmith.com
hbray@reedsmith.com

*Attorneys for the*
*Debtors and Debtors-in-Possession*

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St
Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail: asaxbolder@reedsmith.com

*Attorney for the*
*Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **GEV IO LLC, *et al.*,** | § | **Case No. 26-31546 (MVL)** |
| **Debtors.**[1] | § | **(Jointly Administered)** |

## NOTICE OF HYBRID HEARING

**PLEASE TAKE NOTICE** that the *Debtors' Expedited Motion for Entry of an Order (I) Approving the Sale of the Debtors' Assets to the Successful Bidder Free and Clear of Liens, Claims, Interests, and Encumbrances, (II) Approving Castel Network Partners, LLC as Stalking Horse Bidder and Approving Bid Protections, (III) Authorizing the Assumption and Assignment of Executory Contracts, and (IV) Granting Related Relief* (the "**Motion**") [Dkt. No. 158] is set for

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are Gev IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

hearing on **November 10, 2026 at 1:30 p.m. (prevailing Central Time)** before the Honorable Judge Michelle V. Larson, United States Bankruptcy Judge, Courtroom #2, 14th Floor, 1100 Commerce Street, Dallas, Texas 75242 (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the relief sought in the Motion is **November 6, 2026**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing shall be hybrid and will be held both virtually and in person. You may participate in the hearing either in person at 1100 Commerce Street, Courtroom #2, 14th Floor, Dallas, Texas 75242, or virtually at the following WebEx meeting:

**For WebEx Video Participation/Attendance:**
Link: https:us-courts.webex.com/meet/Larson
Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: (1) 650-479-3207
Access code: 2301 476 1957

Please see the attached WebEx Hearing Instructions for additional information regarding virtual appearance.

Dated: October 23, 2026
Dallas, Texas

Respectfully submitted

*<u>/s/ Taylre C. Janak</u>*

**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail: oalaniz@reedsmith.com
tjanak@reedsmith.com
hbray@reedsmith.com

-and-

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St
Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail: asaxbolder@reedsmith.com

*Attorneys for the*
*Debtors and Debtors-in-Possession*

**Certificate of Service**

I hereby certify that on October 23, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas and will be served as set forth in the Affidavit of Service to be filed by the Debtors.

*/s/ Taylre C. Janak*
Taylre C. Janak