**REED SMITH LLP**
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail: oalaniz@reedsmith.com
tjanak@reedsmith.com
hbray@reedsmith.com

*Counsel for the Debtors and Debtors-in-Possession*

**REED SMITH LLP**
Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St, Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail: asaxbolder@reedsmith.com

*Counsel for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **GEV IO LLC, *et al.*,**[1] | § | **Case No. 26-31546 (MVL)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

# AMENDED NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE THAT:**

1. **Bidding Procedures Motion**. On August 9, 2026, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Debtors' Expedited Motion for Entry of an Order (I) Approving Bidding Procedures in Connection with the Plan Sponsor Selection, (II) Authorizing Stalking Horse Selection, (III) Scheduling an Auction, and (IV) Granting Related Relief* [Dkt. No. 117] (the "**Bidding Procedures Motion**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") pending in the United States Bankruptcy

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal tax identification numbers are: GEV IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

Court for the Northern District of Texas, Dallas Division (the "**Bankruptcy Court**"). On September 9, 2026, the Bankruptcy Court entered the *Order (I) Approving Bidding Procedures in Connection with the Plan Sponsor Selection, (II) Authorizing Stalking Horse Selection, (III) Scheduling an Auction, and (IV) Granting Related Relief* [Dkt. No. 139] (the "**Bidding Procedures Order**"), approving the bidding procedures attached thereto (the "**Bidding Procedures**"). Capitalized terms used but not otherwise defined herein have the meanings given to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

2. **Stalking Horse Notice**. Consistent with the Bidding Procedures Order, the Debtors selected Castel Network Partners, LLC ("**Castel**") as the stalking horse bidder (in such capacity, the "**Stalking Horse Bidder**") and, after receiving Castel's good faith deposit, filed a notice in the Chapter 11 Cases on October 6, 2026 designating Castel as the Stalking Horse Bidder [Dkt. No. 153] (the "**Stalking Horse Notice**").

3. **Sale Motion**. On October 20, 2026, the Debtors filed the *Debtors' Expedited Motion for Entry of an Order (I) Approving the Sale of the Debtors' Assets to the Successful Bidder Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving Castel Network Partners, LLC as Stalking Horse Bidder and Approving Bid Protections, (III) Authorizing the Assumption and Assignment of Executory Contracts, and (IV) Granting Related Relief* [Dkt. No. 158] (the "**Sale Motion**"). Pursuant to the Sale Motion, the Debtors are seeking approval of a sale of their assets under section 363 of the Bankruptcy Code.

4. **Bid Deadline**. The deadline to submit Qualified Bids for substantially all of the Debtors' assets was October 14, 2026 (the "**Bid Deadline**").

5. **Auction**. In accordance with the Bidding Procedures, the Debtors conducted the auction (the "**Auction**") on October 19, 2026.

6. **Results of the Auction**. Following the Auction, and in accordance with the Bidding Procedures, the Debtors' Chief Restructuring Officer (the "**CRO**") determined that: (a) the Qualified Bid of Castel[2] in the amount of $1,164,500 is the highest and otherwise best Qualified Bid received for the Debtors' assets (the "**Successful Bid**," and such bidder, the "**Successful Bidder**"); and (b) the Qualified Bid of Glenmont Resources, LLC in the amount of $1,240,000 is the second highest and otherwise best Qualified Bid received, net of the Bid Protections (the "**Backup Bid**," and such bidder, the "**Backup Bidder**"). Although the nominal purchase price of the Backup Bid ($1,240,000) exceeds that of the Successful Bid ($1,164,500), consummation of the Backup Bid would trigger payment of the Bid Protections to Castel in the aggregate amount of $85,500, resulting in net value to the Debtors' estates of $1,154,500, which is $10,000 less than the Successful Bid. Accordingly, the Successful Bid provides greater net value to the Debtors' estates than the Backup Bid. Pursuant to paragraph 8 of the Bidding Procedures Order, the Bid Protections remain subject to approval by the Bankruptcy Court, which the Debtors are seeking pursuant to the Sale Motion. Accordingly, the Debtors will seek approval of the Successful Bid and the Backup Bid at the Sale Hearing (as defined below). Pursuant to Section VIII.C.2 of the Bidding Procedures, the Backup Bid will remain binding on the Backup Bidder until the earlier of (a) the first business day after the closing of a Sale Transaction with the Successful Bidder and (b) 30 days after the Sale Hearing (the "**Backup Bid Expiration Date**"). If the Sale Transaction with the Successful Bidder is terminated prior to the Backup Bid Expiration Date, the Backup Bidder shall be deemed the new Successful Bidder and shall be obligated to consummate the Backup Bid as if it were the Successful Bid; *provided*, that the Debtors may, in their business judgment and

[2] Pursuant to the Sale Motion and the Stalking Horse APA, Castel has bid protections in the aggregate amount of $85,500, consisting of a break-up fee in the amount of $25,500 and an expense reimbursement in the amount of $60,000 (collectively, the "**Bid Protections**").

after providing notice to the Notice Parties, elect not to pursue the Sale Transaction contemplated by the Backup Bid. The purchase agreements of the Successful Bidder and the Backup Bidder (the "**Purchase Agreements**") will be filed with the Bankruptcy Court on or before November 6, 2026]. Parties may request copies of the Purchase Agreements by written request to the Debtors' counsel, Attn: Omar J. Alaniz (oalaniz@reedsmith.com).

7. **Objection Deadline**. The deadline for parties to object to the proposed sale of the Debtors' assets is November 6, 2026 (the "**Objection Deadline**"). Objections must be in writing, filed with the Bankruptcy Court, and served upon the Debtors' undersigned counsel and all other Notice Parties set forth in Section X.B of the Bidding Procedures so as to be actually received on or before the Objection Deadline. Any party that fails to timely file and serve an objection on or before the Objection Deadline may be deemed to consent to the sale.

8. **Sale Hearing**. The hearing to consider the Sale Motion and the proposed sale of the Debtors' assets (the "**Sale Hearing**") will be held on Tuesday, **November 10, 2026, at 1:30 p.m. (prevailing Central Time)** before the Bankruptcy Court in Courtroom #2, 14th Floor, 1100 Commerce Street, Dallas, Texas 75242. Parties may participate in the Sale Hearing either in person or by audio and video connection via WebEx, using the following information:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/Larson
Meeting Number: 23014761957
**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: (1) 650-479-3207
Access code: 2301 476 1957

Dated: October 26, 2026
Dallas, Texas

Respectfully submitted,

**REED SMITH LLP**

/s/ *Omar J. Alaniz*
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak (SBN 24122751)
Haley B. Bray (SBN 24143584)
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
E-mail: oalaniz@reedsmith.com
tjanak@reedsmith.com
hbray@reedsmith.com

-and-

Amalia Sax-Bolder (*admitted pro hac vice*)
1400 Wewatta St, Suite 350
Denver, CO 80202
Telephone: (303) 552-3800
Facsimile: (303) 552-3799
E-mail: asaxbolder@reedsmith.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, a true and correct copy of the foregoing notice was filed with the Court and served (i) via the Court's CM/ECF notification system to all parties registered to receive such electronic notices in this case, (ii) via e-mail to the following parties, and (iii) via first-class U.S. mail to all counterparties to executory contracts proposed to be assumed and assigned and all parties that submitted Qualified Bids:

**United States Trustee**
Attn: Meredyth Kippes (Meredyth.Kippes@usdoj.gov)
Attn: Elizabeth Young (Elizabeth.A.Young@usdoj.gov)

**Chief Restructuring Officer**
Attn: Erik White (ewhite@harneypartners.com)

**Castel Network Partners**
Attn: John Okemah (john@castelnetworkpartners.com)
Attn: Kyle Ismail (kyle@castelnetworkpartners.com)
Attn: Taryn Strohmeyer (tstrohmeyer@crokefairchild.com)
Attn: Reed Mercado (rmercado@crokefairchild.com)

**Glenmont Resources, LLC**
Attn: Erik Young (charleserikyoung@gmail.com)
Attn: Samuel Della Ferra (sdellafera@csglaw.com)

**Cellco Partnership dba Verizon Wireless**
Attn: Darrell Clark (darrell.clark@stinson.com)
Attn: Tracey Ohm (tracey.ohm@stinson.com)

**Chargebee**
Attn: support@chargebee.com

**Dumpster.com**
Attn: Mick Foley (mifoley@dumpsters.com)

**Jappa and Jaga Management, LLC**
Attn: Jessica Garza (jessica@garza.online)

**Stripe**
Attn: (support@stripe.com)

**Tidio, LLC**
Attn: (collections@tidio.net)
Attn: (m.laza@tidio.net)

**Zendesk**
Attn: (legal@zendesk.com)

**Texas Attorney General**
Attn: Stephanie Eberhardt (Stephanie.Eberhardt@oag.texas.gov)
Attn: Sahrish Soleja (Sahrish.soleja@oag.texas.gov)

/s/ *Omar J. Alaniz*
*Omar J. Alaniz*