STEPHANIE EBERHARDT
Texas State Bar No. 24084728
SAHRISH K. SOLEJA
Texas State Bar No. 24102522
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173
F: (512) 936-1409
stephanie.eberhardt@oag.texas.gov
sahrish.soleja@oag.texas.gov

ATTORNEYS FOR THE STATE OF TEXAS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEV IO LLC, ER AL.,[1] DEBTOR. | § | CHAPTER 11 |
| | § | |
| | § | |
| DEBTOR. | § | CASE NO. 26-31546-MVL |

# THE STATE OF TEXAS'S WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTORS' EXPEDITED SALE MOTION ON NOVEMBER 10, 2026, AT 1:30 P.M. (PREVAILING CENTRAL TIME)

The State of Texas (the "State"), by and through the Office of the Texas Attorney General, hereby designates the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing to be held on **November 10, 2026, at 1:30 p.m. (prevailing Central Time)** (the "Hearing") before the Honorable Michelle V. Larson.

## I. WITNESSES

The State may call any of the following witnesses at the Hearing:

[1] The Debtors in these Chapter 11 Cases and the last four digits of each of their federal identification numbers are GEV IO LLC (9888) and Everywhere Internet, LLC (4237). The location of the Debtors' corporate headquarters and the Debtors' service address is 30665 U.S. Hwy 281 N. Bulverde, Texas 78163.

1. Erik White, Chief Restructuring Officer for the Debtors.
2. Representative from Castel Network Partners, LLC, the Buyer.
3. Jessica Garza, President of GEV IO LLC.;
4. Representative from GCP, Inc., the Debtors' investment banker;
5. Any witness designated or called by any other party; and
6. Any impeachment or rebuttal witness.

The State reserves the right to cross-examine any witness called by any other party.

## II. EXHIBITS

| States's Ex. No. | Description | Judicial Notice | Offered | Objected | Admitted |
|---|---|---|---|---|---|
| 1. | Debtors' Sale Motion [Docket No. 158] | | | | |
| 2. | State's Proof of Claim No. 14 (including AFJPI attachment) | | | | |
| 3. | Verified Application for Turnover After Judgment and Appointment of Receiver, *State v. GEV IO, LLC, et. al.,* Cause No. C2023-0560B, 207th District Court, Comal County, Texas. | | | | |
| 4. | Amended Schedules A and B [Docket No. 89] | | | | |
| 5. | Statement of Financial Affairs [Docket No. 91] | | | | |
| 6. | Schedule G [Docket No. 77] | | | | |
| 7. | Monthly Operating Report for Month Ending 04/30/2026 for Debtor GEV IO [Docket No. 84] | | | | |
| 8. | Monthly Operating Report for Month Ending 04/30/2026 for Debtor Everywhere Internet [Docket No. 85] | | | | |
| 9. | Monthly Operating Report for Month Ending 05/31/2026 for Debtor GEV IO [Docket No. 107] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Monthly Operating Report for Month Ending 05/31/2026 for Debtor Everywhere Internet [Docket No. 108] | | | | |
| 11. | Monthly Operating Report for Month Ending 06/30/2026 for Debtor Everywhere Internet [Docket No. 112] | | | | |
| 12. | Monthly Operating Report for Month Ending 07/31/2026 for Debtor Everywhere Internet Debtor GEV IO [Docket No. 128] | | | | |
| 13. | Amended Monthly Operating Report for Month Ending 06/30/2026 for Debtor GEV IO [Docket No. 132] | | | | |
| 14. | Amended Monthly Operating Report for Month Ending 07/31/2026 for Debtor GEV IO [Docket No. 134] | | | | |
| 15. | Monthly Operating Report for Month Ending 08/31/2026 for Debtor GEV IO [Docket No. 149] | | | | |
| 16. | Monthly Operating Report for Month Ending 08/31/2026 for Debtor Everywhere Internet [Docket No. 150] | | | | |
| 17. | Monthly Operating Report for Month Ending 09/30/2026 for Debtor GEV IO [Docket No. 159] | | | | |
| 18. | Monthly Operating Report for Month Ending 09/30/2026 for Debtor Everywhere Internet [Docket No. 160] | | | | |
| | All exhibits necessary for impeachment purposes. | | | | |
| | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | |
| | Any and all documents identified by any other party. | | | | |

## III. RESERVATION OF RIGHTS

The State reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. The State further reserves the right to supplement this list prior to the Hearing.

*[Remainder of Page Intentionally Left Blank.]*

Dated: November 9, 2026

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**WILLIAM D. WASSDORF**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Stephanie Eberhardt*
**STEPHANIE EBERHARDT**
Texas State Bar No. 24084728
**SAHRISH K. SOLEJA**
Texas State Bar No. 24102522
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
stephanie.eberhardt@oag.texas.gov
sahrish.soleja@oag.texas.gov

ATTORNEYS FOR THE STATE OF TEXAS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice on all parties requesting notice in this proceeding.

*/s/ Stephanie Eberhardt*
**STEPHANIE EBERHARDT**
Assistant Attorney General